An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: D.L.R.; K.N.W.;
S.N.W.; AND J.J.R.

_____

CLARK COUNTY DEPARTMENT OF
FAMILY SERVICES,
Appellant,
vs.
PHYLLIS A.B.; ROGER B.K.; KIM L.W.;
D.L.R.; K.N.W.; S.N.W.; AND J.J.R.
Respondents.

No. 60094

**FILED**

JUL 24 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a petition to terminate parental rights. Eighth Judicial District Court, Family Court Division, Clark County; Robert Teuton, Judge.

Respondents have moved to dismiss this appeal on the basis that the appeal became moot after the minor children were reunified with their mother, respondent Phyllis A.B. Respondents have provided this court with a copy of the juvenile court's order terminating the wardship of the minor children. Appellant opposes the motion.

We have recognized that events occurring after the filing of an appeal may render the case moot. *See Personhood Nevada v. Bristol*, 126 Nev. ___, ___, 245 P.3d 572, 574 (2010). In this appeal, appellant challenges the district court's order denying its petition to terminate Phyllis A.B.'s parental rights as to her four minor children. Since the filing of this appeal, the juvenile court has ordered that the children be

13-21799

reunified with Phyllis A.B. and has terminated their wardship. Under these unique circumstances, we decline to reach the merits of this appeal. Accordingly, we grant respondents' motion, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Robert Teuton, District Judge, Family Court Division
Clark County District Attorney/Juvenile Division
Children's Attorney Project
Marquis Aurbach Coffing
Kim L.W.
Melinda Simpkins, Special Public Defender
Roger B.K.
Eighth District Court Clerk